# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. KIRK, an individual, and CHRISTINA M. KIRK, an individual,<br><br>Plaintiffs,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporations, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: CV 22-2841-GW-JCx<br><br>*Assigned to District Judge: George H. Wu*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, with the Court retaining jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: August 6, 2024                    By:_____
                                        HON. GEORGE H. WU,
                                        United States District Judge

[PROPOSED] ORDER OF DISMISSAL